UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:14-0969 |
| v. ) | JUDGE Nixon |
| ) | |
| 2014 MERCEDES BENZ bearing ) | |
| VIN 4JGDF2EEXEA286419, ) | |
| ) | |
| Defendant. ) | |

## ORDER ALLOWING FILING UNDER SEAL

Upon reading and filing of the United States Motion to File Under Seal in the above matter,

IT IS HEREBY ORDERED that Exhibit 1 to the Verified Complaint shall be filed under seal due to an ongoing criminal investigation.

_____
U.S. DISTRICT COURT JUDGE

1