# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL NO. 3:14-CV-00969** |
| v. ) | **Senior Judge John T. Nixon** |
| ) | |
| **2014 MERCEDES BENZ bearing** ) | |
| **VIN 4JGDF2EEXEA286419,** ) | |
| ) | |
| **Defendant.** ) | |

## ENTRY OF DEFAULT
## AS TO ALL PERSONS AND ENTITIES
## EXCEPT ENTOURAGE GROUP, INC.

It appearing that the Verified Complaint *In Rem* was filed in this case on April 11, 2014; that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the 2014 Mercedes Benz bearing VIN 4JGDF2EEXEA286419 ("Defendant Property") on April 29, 2914; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon Ms. Carrie Trembath of Entourage Group, Inc. at 8622 Bellance Avenue, Suite 1, Los Angeles, CA 90045 and upon Mr. Carl D. Cammarata, Attorney for Ms. Carrie Trembath of Entourage Group, Inc. at One Embarcadero Center, Suite 730, San Francisco, California 94111-4044 on May 19, 2014 via certified, mail return receipt requested; Entourage Group, Inc. filed a claim on May 20, 2014; public notice to all persons of said forfeiture action was also advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for thirty (30) consecutive days beginning on April 15, 2014 and ending on May 14, 2014; and that no person or entity (other than Entourage Group, Inc.) has made a Verified Claim to the Defendant Property or otherwise appeared in this action;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to the Defendant 2014 Mercedes Benz bearing VIN 4JGDF2EEXEA286419 against all persons and entities who may have an interest in Defendant Property, except Entourage Group, Inc., as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this 16th day of July 2014.

KEITH THROCKMORTON, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

_____
Clerk of Court