IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 3:14-0969 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 2014 MERCEDES BENZ bearing | ) | |
| VIN 4JGDF2EEXEA286419, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

Came on to be heard and was heard by Motion for Admission pro hac vice of Joshua S. Widlansky, to represent the Claimant, Entourage Group, Inc., in the above styled cause pro hac vice for the pendency of the action.

This Court finds that the above named attorney is currently licensed in good standing to practice law in the State of Tennessee. Now, therefore, Joshua S. Widlansky, is hereby admitted to represent the Claimant, Entourage Group, Inc., in the above styled cause pro hac vice, for the pendency of this action.

SO ORDERED AND ADJUDGED this __28th__ day of __July__, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE