# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:14-CV-00969 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| 2014 MERCEDES BENZ bearing ) | |
| VIN 4JGDF2EEXEA286419, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ENTOURAGE GROUP, INC. ) | |
| ) | |
| Claimant. ) | |

## DEFAULT JUDGMENT AS TO ALL PERSONS AND ENTITIES EXCEPT ENTOURAGE GROUP, INC. and MAD ENTERPRISE GROUP, LLC

Plaintiff, United States of America, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, has moved for a Default Judgment as to any and all persons and entities who may claim to have an interest in the Defendant Property, except Entourage Group, Inc. and Mad Enterprise Group LLC, in the above-captioned case.

WHEREAS, on April 11, 2014, the United States of America filed a Verified Complaint *In Rem* seeking forfeiture of the above-captioned Defendant Property, alleging that the Defendant Property constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 (wire fraud), or a conspiracy to commit such offense and/or that it constitutes property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 (money laundering) or any property traceable to such property, and it is therefore forfeitable pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

WHEREAS, pursuant to Summons and Warrant for Arrest *In Rem* issued by the Clerk of this Court on April 11, 2014, Department of Treasury arrested the Defendant Property on April 29, 2014.

WHEREAS, On the following dates the following individuals/entities were served, via regular and certified mail, return receipt, with a copy of the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings:

    a.    Ms. Carrie Trembath of Entourage Group, Inc. at 8622 Bellance Avenue, Suite 1, Los Angeles, CA 90045 on May 19, 2014, via certified mail, return receipt.

    b.    Mr. Carl D. Cammarata, Attorney for Ms. Carrie Trembath of Entourage Group, Inc. at One Embarcadero Center, Suite 730, San Francisco, California 94111-4044 on May 19, 2014, via certified mail, return receipt.

    c.    Mr. Howard Scott Bassuk Resident Agent Mad Enterprise Group, LLC 312 Maguire Road, Ocoee, FL 34761 on July 25, 2014 via certified mail, return receipt.

WHEREAS, pursuant to the Notice of Judicial Forfeiture Proceedings, all persons claiming an interest in Defendant Property were required to file their verified claims with the Clerk of this Court within thirty-five (35) days from service of the Verified Complaint *In Rem*, and Notice of Judicial Forfeiture.

WHERAS, Entourage Group, Inc. filed a claim on May 20, 2014.

WHEREAS, the time for filing a claim has not yet expired as to Mad Enterprise Group, LLC.

WHEREAS, public notice to all persons of said forfeiture action was also advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on April 15, 2014 and ending on May 14, 2014.

WHEREAS, pursuant to said notice, all persons claiming an interest in Defendant Property

were required to file their verified claims with the Clerk of this Court within sixty (60) days from the first date of publication of the Notice.

WHEREAS, no person or entity, except Enterprise Group, Inc., has filed a Verified Claim within the time permitted by Title 18, United States Code, Section 983(a)(4)(A), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.

WHEREAS, the Clerk of this Court has entered a default as to all persons and entities claiming an interest in Defendant Property, however it was later determined that Mad Enterprise Group, LLC may have an interest in the Defendant Property and direct notice was provided on July 25, 2014.

WHEREAS, the time to file a claim does not expires as to Mad Enterprise Group, LLC until August 29, 2014.

The Motion of the United States for Default Judgment as to any and all persons and entities who may claim to have an interest in the Defendant Property, except Entourage Group, Inc. and Mad Enterprise Group LLC is hereby GRANTED. Therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that :

1. Entry of Default is set aside as to Mad Enterprise Group, LLC, only.

2. A Judgment by Default is hereby entered as to any and all persons and entities who may claim to have an interest in the Defendant Property except Entourage Group, Inc. and Mad Enterprise Group, LLC.

2. Any and all interest, right or title any and all persons and entities who may claim to have an interest in the Defendant Property, except Entourage Group, Inc. and Mad Enterprise Group, LLC may have is hereby extinguished.

3. The Clerk of this Court shall provide the United States Attorney's Office and the United States Department of Treasury with a certified copy of this order.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE