# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:14-CV-00969 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| 2014 MERCEDES BENZ bearing ) | |
| VIN 4JGDF2EEXEA286419, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ENTOURAGE GROUP, INC. ) | |
| ) | |
| Claimant. ) | |

## MOTION FOR DEFAULT JUDGMENT AS TO ALL PERSONS AND ENTITIES EXCEPT ENTOURAGE GROUP, INC. and MAD ENTERPRISE GROUP, LLC

COMES NOW the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee and Debra Teufel Phillips, Assistant United States Attorney for the Middle District of Tennessee, and moves this Court to:

1. set aside the Entry of Default taken against Mad Enterprise Group, LLC only (D.E. 21: Entry of Default);

2. extinguish any and all interest, right, liens or title that all persons and entities, except Entourage Group, Inc. and Mad Enterprise Group, LLC, may claim to have in the Defendant Property; and

3. pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure enter a Default Judgment as to any and all persons and entities who may claim to have an interest in the Defendant Property, except Entourage Group, Inc. and Mad Enterprise Group, LLC, in the above-captioned case.