# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 3:14-0969 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| 2014 MERCEDES BENZ bearing ) | |
| VIN 4JGDF2EEXEA286419, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON CLAIMANT ENTOURAGE GROUP INC.'S, UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Came on to be heard and was heard by Claimant Entourage Group Inc.'s, Unopposed Motion for Leave to File Reply Memorandum. The Court, having read the moving papers, being informed of the agreement of the parties, and otherwise being well advised in the premises, does hereby **ORDER, and ADJUDGE** that:

Claimant Entourage Group Inc.'s, Unopposed Motion for Leave to File Reply Memorandum is hereby GRANTED. Claimant shall file their reply Memorandum on or before September 3, 2014.

SO ORDERED AND ADJUDGED this __19th__ day of ___August___, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE