# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

==Motion GRANTED.==

*[Signature: Aleta A. Trauger]*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 3:14-0969 |
| Plaintiff, ) | Judge Aleta A. Trauger |
| ) | |
| v. ) | |
| ) | |
| 2014 MERCEDES BENZ bearing, ) | |
| VIN 4JGDF2EEXEA286419 ) | |
| ) | |
| Defendant *In Rem*. ) | |
| ) | |
| and ) | |
| ) | |
| ENTOURAGE GROUP INC., ) | |
| ) | |
| Claimant. ) | |

## CLAIMANT ENTOURAGE GROUP INC.'S, UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Pursuant to Local Rule 7.01(b) and other applicable law, Claimant, ENTOURAGE GROUP INC., respectfully requests leave to file a reply memorandum in support of its Motion to Dismiss Complaint [ECF No. 11] and Motion for Release of Seized Property Based on a Lack of Probable Cause, Motion for Probable Cause Hearing, Motion to Suppress, and Motion to Unseal Affidavit(s) [ECF No. 12], filed in this court on June 10, 2014. In support of this motion, Claimant avers the following:

1. On or about June 10, 2014, Claimant filed its Motion to Dismiss Complaint [ECF No. 11] and Motion for Release of Seized Property Based on a Lack of Probable Cause, Motion for Probable Cause Hearing, Motion to Suppress, and Motion to Unseal Affidavit(s) [ECF No. 12].

2. On or about August 7, 2014, Plaintiff filed the following: (1) Response in Opposition to Claimant's Omnibus Motion for Release of Seized Property, Probable Cause Hearing, to Suppress