UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. 3:14-0969 |
| Plaintiff, | ) Judge Aleta A. Trauger |
| | ) |
| v. | ) |
| | ) |
| 2014 MERCEDES BENZ bearing, | ) |
| VIN 4JGDF2EEXEA286419 | ) |
| | ) |
| Defendant *In Rem*. | ) |
| | ) |
| and | ) |
| | ) |
| ENTOURAGE GROUP INC., | ) |
| | ) |
| Claimant. | ) |

**Motion GRANTED.** [signature]

## CLAIMANT ENTOURAGE GROUP INC.'S, MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO DISMISS FOR LACK OF STANDING

Claimant, Entourage Group Inc., responds in opposition to Plaintiff's Motion to Dismiss for Lack of Standing filed as Docket Entry 35, and moves this Honorable Court for an extension of time to file a more complete response thereto. The Claimant's response is currently due on August 21, 2014. As an officer of the court, the undersigned asserts that the purpose of this request is not for delay. An extension until September 10, 2014 is requested. The Government's attorney, Debra Teufel Phillips advised she did not object to the extension.

Respectfully submitted,

By: /s/ Darrick L. O'Dell
Darrick L. O'Dell (Bar No. 026883)
SPICER RUDSTROM, PLLC
414 Union Street, Suite 1700
Nashville, TN 37219
Telephone No. 615.259.9080
Facsimile No. 615.259.1522
Email: dlo@spicerfirm.com