UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CASE NO. 3:14-0969** |
| Plaintiff, | ) | **Judge Aleta A. Trauger** |
| | ) | |
| v. | ) | |
| | ) | |
| **2014 MERCEDES BENZ bearing,** | ) | |
| **VIN 4JGDF2EEXEA286419** | ) | |
| | ) | |
| Defendant *In Rem*. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **ENTOURAGE GROUP INC.,** | ) | |
| | ) | |
| Claimant. | ) | |

==Motion GRANTED.==

/s/ Aleta A. Trauger

## CLAIMANT ENTOURAGE GROUP INC.'S CONSENT MOTION TO SUSPEND OR STAY LITIGATION FOR 60 DAYS TO ALLOW FOR SETTLEMENT DISCUSSIONS

Claimant, Entourage Group Inc., with the consent of Plaintiff, the United States of America, moves to suspend or stay further litigation in this matter between the United States and Claimant for a period of 60 days, so as to allow these parties to attempt to resolve the case by settlement.

Respectfully submitted,

By: /s/ Darrick L. O'Dell
Darrick L. O'Dell (Bar No. 026883)
SPICER RUDSTROM, PLLC
414 Union Street, Suite 1700
Nashville, TN 37219
Telephone No. 615.259.9080
Facsimile No. 615.259.1522
Email: dlo@spicerfirm.com

Joshua S. Widlansky (Florida Bar No. 45197)
(***PRO HAC VICE***)
PADULA HODKIN, PLLC
101 Plaza Real South, Suite 207
Boca Raton, Florida 33432
Telephone No. 561.544.8900